# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FRANK COLUCCIO CONSTRUCTION CO INC,<br><br>Defendant. | CASE NO. C19-1652 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of Plaintiff's Motion for Temporary Restraining Order. Dkt. No. 6. Defendant's opposition must be filed by no later than Thursday, October 31, 2019, and the motion will be noted for **November 1, 2019**.

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed October 28, 2019.

<pre>
                                William M. McCool
                                Clerk of Court

                                 s/Paula McNabb
                                Deputy Clerk
</pre>