Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>FRANK COLUCCIO CONSTRUCTION CO., INC., a Washington corporation,<br><br>Defendant. | NO. 2:19-cv-01652-MJP<br><br>[▓▓▓▓▓▓] ORDER GRANTING PLAINTIFF'S MOTION TO FILE CERTAIN EXHIBITS UNDER SEAL |

THIS MATTER, having come before the Court upon Plaintiff's Motion to File Certain Exhibits Under Seal. Having considered the Motion, the Court GRANTS the Motion as follows:

The following exhibits to the Declaration of R. Jeffery Olson In Support of Plaintiff's Motion for Summary Judgment are ordered sealed:

Exhibit B, Frank Coluccio Construction Company Pro Forma Income Statement 2019.

Exhibit C, Frank Coluccio Construction Company, Balance Sheet – Assets and Liabilities, 12/31/2019, Pro Forma.

Exhibit D, Frank Coluccio Construction Company, List of Asset Sales, 2018 and 2019.

[▓▓▓▓▓▓] ORDER GRANTING PLAINTIFF'S MOTION TO FILE CERTAIN EXHIBITS UNDER SEAL – 1
(2:19-cv-01652)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

LIB025-0001 5967978

1

2  IT IS SO ORDERED. December

3  Dated this 6th day of ~~November~~, 2019

4

5

6  _____
   Marsha J. Pechman
7  United States District Judge

8

9  PRESENTED BY:

10 CARNEY BADLEY SPELLMAN, P.S.

11 By: *s/ Thomas K. Windus*
       Thomas K. Windus, WSBA #No. 7779
12     Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

▇▇▇▇ ORDER GRANTING PLAINTIFF'S MOTION TO     **CARNEY BADLEY SPELLMAN, P.S.**
FILE CERTAIN EXHIBITS UNDER SEAL – 2          701 Fifth Avenue, Suite 3600
(2:19-cv-01652)                               Seattle, WA 98104-7010
                                              (206) 622-8020

LIB025-0001 5967978