UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LIBERTY MUTUAL INSURANCE
COMPANY,

            Plaintiff,

    v.

FRANK COLUCCIO
CONSTRUCTION CO INC,

CASE NO. C19-1652 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Parties are ordered to provide the Court with a joint status report to update the Court on the status of the proceedings in: King County v. Frank Coluccio Constr. Co. & Liberty Mutual Ins. Co., No. 16-2-19398-1 SEA (King Cty. Sup. Ct.). The report must be filed by no later than November 20, 2020.

The clerk is ordered to provide copies of this order to all counsel.

Filed November 13, 2020.

1      William M. McCool
        Clerk of Court

2

3      s/Paula McNabb
        Deputy Clerk

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2