# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FRANK COLUCCIO CONSTRUCTION CO INC,<br><br>Defendant. | CASE NO. C19-1652 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

In the Parties' November 17, 2020 joint status report, they indicated that the underlying state court proceeding (King County v. Frank Coluccio Constr. Co. & Liberty Mutual Ins. Co., No. 16-2-19398-1 SEA (King Cty. Sup. Ct.)) was set for trial on May 17, 2021. (Dkt. No. 51.) The Parties are ordered to file a joint status report to update the Court on the status of the state court proceedings. If the trial has concluded, the Parties are ordered to meet and confer to discuss the remaining case deadlines and trial date that should apply in this action and to include the

Parties' proposals for these dates and deadlines in the joint status report. The joint status report must be filed by no later than June 8, 2021.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 1, 2021.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk